UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARUN IYER<br>c/o 1250 Connecticut Avenue, N.W.<br>Suite 700<br>Washington, D.C. 20036<br><br>    Plaintiff,<br><br>    v.<br><br>NAVAL CRIMINAL INVESTIGATIVE<br>SERVICE<br>1411 Sicard Street, S.E.<br>Washington, D.C. 20003<br><br>    and<br><br>FEDERAL BUREAU OF<br>INVESTIGATION<br>935 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20535<br><br>    and<br><br>DEPARTMENT OF DEFENSE<br>The Pentagon<br>Washington, D.C. 20301–1155<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*   Civil Action No. 21-3127<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## COMPLAINT

This is an action under the Administrative Procedure Act ("APA"), 5 U.S.C. § 702 et seq., to compel Defendants' actions that are unreasonably delayed as to matters related to the Plaintiff.

## JURISDICTION

1. This Court has subject matter jurisdiction over this action, as well as personal jurisdiction over the Defendants pursuant to 5 U.S.C. § 702 and 28 U.S.C. § 1331.

## VENUE

2. Venue is appropriate under 5 U.S.C. § 552(a)(4)(B), 5 U.S.C. § 703 and 28 U.S.C. § 1391.

## PARTIES

3. Plaintiff Arun Iyer is a U.S. citizen, and a resident of the Commonwealth of Virginia. He is a civilian employee of the Department of Navy.

4. Defendant Naval Criminal Investigative Service is an agency within the meaning of 5 U.S.C. § 702 and has unreasonably delayed completing agency actions related to the Plaintiff. It is under the control of Defendant Department of Defense.

5. Defendant Federal Bureau of Investigation is an agency within the meaning of 5 U.S.C. § 702 and has unreasonably delayed completing agency actions related to the Plaintiff.

6. Defendant Department of Defense ("DoD") is an agency within the meaning of 5 U.S.C. § 702. DoD controls – and consequently serves as the proper party defendant for litigation purposes for – the Department of Navy, Department of Navy/Naval Special Warfare Command and the Naval Criminal Investigative Service, all of whom have unreasonably delayed completing agency actions related to the Plaintiff.

## COUNT ONE (APA)

7. Defendant DoD, through actions of the Department of Navy, initiated adverse actions against the Plaintiff in February 2020. Upon information and belief, at some point before this date, the Defendant FBI became an active participant and remains involved.

8. The undersigned counsel has been in contact repeatedly with the Defendants since February 2020 in order to try and ensure timely agency action occurs.

9. In September 2021, the Plaintiff successfully favorably completed a counterintelligence polygraph examination administered by NCIS on all issues.

10. Yet nearly twenty-one months have passed without any substantive agency action, or literally any information revealed, by the Defendants. The failure of the Defendants to act constitutes unreasonable delay as a matter of law.

11. As a result of failure of the Defendants to timely act, the Plaintiff has suffered and continues to suffer adverse and harmful professional and financial effects. This includes, but is not limited to, high blood pressure caused by the stress of the situation.

WHEREFORE, Arun Iyer prays that this Court:

(1) Orders the Defendants to complete any actions related to the Plaintiff;

(2) Award reasonable costs and attorney's fees as provided in 28 U.S.C. § 2412 (d) and any other applicable law;

(3) expedite this action in every way pursuant to 28 U.S.C. § 1657 (a); and,

(4) grant such other relief as the Court may deem just and proper.

Date:   November 29, 2021

Respectfully submitted,

/s/ *Bradley P. Moss*
_____
Mark S. Zaid, Esq.
D.C. Bar #440532
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com
Brad@MarkZaid.com

Attorneys for the Plaintiff